### In the Matter of the WELFARE OF Donald Francis ROYBAL.

### No. 49790.

Supreme Court of Minnesota.

Feb. 8, 1980.

STATE of Minnesota, Respondent,

v.

Michael Dale EILOLA, Appellant.

No. 49621.

Supreme Court of Minnesota.

Feb. 15, 1980.

William R. Kennedy, Hennepin County Public Defender, and Patrick J. Sullivan, Asst. Public Defender, Minneapolis, for appellant.

Warren Spannaus, Atty. Gen., St. Paul, Thomas L. Johnson, County Atty., Vernon E. Bergstrom, Chief, App. Div., David W. Larson, and Thomas A. Weist and Janeen E. Rosas, Asst. County Attys., Minneapolis, for respondent.

TODD, Justice.

This is an appeal from an order of the Hennepin County District Court, Juvenile Division, granting the state's motion, pursuant to Minn.Stat. § 260.125 (1978), to refer a juvenile for prosecution as an adult. The issue raised by the appeal is whether the district court's finding that the juvenile in question is not suitable to treatment is clearly erroneous. We hold that the district court did not clearly err in its finding and that all constitutional safeguards of *In re Gault*, 387 U.S. 1, 87 S.Ct. 1428, 18 L.Ed.2d 527 (1967), have been met. Accordingly, we affirm the reference order.

Affirmed.